FILED

02/18/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0570

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0570

_____

FRANKLIN S. & JANET L. TIEGS (PTE)
BAKER PRODUCE, INC.,

      Petitioners and Appellees,

  v.                                     O R D E R

STATE OF MONTANA, DEPARTMENT
OF REVENUE,

      Respondent and Appellant.

_____

Pursuant to Appellant's motion for extension of time to file its opening brief, and good cause appearing,

IT IS ORDERED that Appellant has until March 28, 2022, to file its opening brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 18 2022